IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | No.  05-03167-01-CR-S-GAF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT ONE: |
| | ) | 18 U.S.C. § 922 (g)(3) |
| v. | ) | NMT 10 years and/or $250,000 fine |
| | ) | Class C Felony |
| | ) | Supervised Release – NMT 3 years |
| JEFFREY JONES, | ) | |
| [DOB: xx/xx/1976] | ) | |
| | ) | COUNT TWO: |
| Defendant. | ) | 21 U.S.C. § 841 (a) |
| | ) | NMT 20 years and/or $1,000,000 fine |
| | ) | Class C Felony |
| | ) | Supervised Release – NLT 4 years |
| | ) | |
| | ) | $100 Mandatory Penalty Assessment |
| | ) | for each count |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about November 9, 2004, in Taney County, in the Western District of Missouri, Jeffrey Jones, the defendant, then being an unlawful user of a controlled substance, that is, methamphetamine, knowingly did possess, in and affecting commerce, firearms, to wit, a Raven Arms, model MP-25, .25 caliber pistol, a Hawes Fire Arms Co., Deputy Marshal, .22LR revolver, a Mossberg, model 500E, .410 gauge shotgun, a Marlin, Limited Edition model 6079, .22 caliber rifle, and a Hi Point Firearms, model 995, 9 millimeter x 19 rifle, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TWO

On or about November 9, 2004, in Taney County, in the Western District of Missouri, Jeffrey Jones, defendant, did knowingly and intentionally possess methamphetamine, a schedule II controlled substance, with the intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL**

/s/
Foreperson of the Grand Jury

/s/
James J. Kelleher
Missouri Bar No. 51921
Special Assistant United States Attorney

2